# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CASE NO.: 12-cv-0402-TWP-DKL ) |
| v. | ) ) |
| AT&T CORP., | ) ) |
| Defendant. | ) ) ) |

**APPROVED**
By tpratt at 11:51 am, Jun 16, 2015

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of C. Geoffrey Weirich and N. Katie Manley as counsel of record in the above-referenced case for Defendant AT&T Corp. Defendant continues to be represented through its attorney Kenneth Gage. Please direct all future correspondence and papers in this action to him.

Date: June 15, 2015

Respectfully submitted,

*/s/ C. Geoffrey Weirich*
Paul Hastings LLP
1170 Peachtree Street NE
Suite 100
Atlanta, GA 30309
Telephone: (404) 815-2221
Facsimile: (404) 815-2424
Email: geoffweirich@paulhastings.com

Attorney for Defendant AT&T Corp.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CASE N0.:12-cv-0402-TWP-DKL |
| AT&T CORP., | ) ) ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2015, I electronically filed the foregoing **DEFENDANT AT&T CORP.'S NOTICE OF WITHDRAWAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys at the e-mail address on file with the Court:

>Patrick J. Holman
>Barbara A. Seely
>C. Felix Miller
>Equal Employment Opportunity Commission
>215 Dean A. McGee, Suite 524
>Oklahoma City, OK  73102
>PATRICK.HOLMAN@EEOC.GOV

>  */s/ C. Geoffrey Weirich*
>  C. Geoffrey Weirich
>  Counsel for AT&T Corp.

LEGAL_US_W # 82246629.1